1    **Richard A. Beshwate, Jr. #179782**
     Attorney at Law
2    2014 Tulare Street   Suite 414
     Fresno, California 93721
3    Telephone:  (559) 266-5000

4    Attorney for Defendant, FLOYD ROBERT ELSTON III

5
                    IN THE UNITED STATES DISTRICT COURT FOR THE
6
                       EASTERN  DISTRICT OF CALIFORNIA
7

8    UNITED STATES OF AMERICA,            )      CASE NO.   1:06cr00177 OWW
                                          )
9                 Plaintiff,              )      **SUBSTITUTION OF ATTORNEYS**
                                          )      **AND ORDER**
10   vs.                                  )
                                          )      Date:   05/17/06
11   FLOYD ROBERT ELSTON III,             )      Time:  11:00 AM
                                          )      Dept:  7
12                Defendant.              )
                                          )
13   _____ )

14             I, FLOYD ROBERT ELSTON III,  hereby appoint and substitute as my attorney

15   of record RICHARD A. BESHWATE, JR, in place of   RANDALL BRUCE DICKOW

16   , in the above-entitled matter.

17

18   DATED:    5/15/06                          _____ /s/ FLOYD ROBERT ELSTON III
                                                             FLOYD ROBERT ELSTON III
19

20             I consent to said substitution.

21   DATED: _____                            _____
                                                             RANDALL BRUCE DICKOW
22

23
               I accept said substitution.
24
     DATED:    5/15/06                          _____ /s/ Richard A. Beshwate Jr
25                                                           RICHARD A. BESHWATE, JR.

26

27

28

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:06cr00177 OWW |
| Plaintiff, | **ORDER FOR SUBSTITUTION OF ATTORNEYS** |
| v | |
| FLOYD ROBERT ELSTON III, | |
| Defendant. | |

IT IS ORDERED that Attorney Richard A. Beshwate, Jr., will replace Attorney

 RANDALL BRUCE DICKOW     as attorney of record in the above-referenced matter

pursuant to the Substitution of Attorneys as filed with this Court.


DATED:   May 17, 2006         /s/ OLIVER W. WANGER
                              HON. OLIVER W. WANGER
                              Judge of the United States District Court -
                              Eastern District