PROB 35                    **ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

## UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 1:06CR00177-001** |
| ) | |
| **Floyd Robert ELSTON** ) | |
| ) | |

On September 8, 2006, the above-named was placed on Supervised Release for a period of three years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Julie R. Martin

**JULIE R. MARTIN
United States Probation Officer**

Dated:      September 15, 2008
              Bakersfield, California
             JRM

                 /s/ Thomas A. Burgess
**REVIEWED BY:** _____
             **THOMAS A. BURGESS
Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:    Floyd Robert ELSTON**
**Docket Number:   1:06CR00177-001**
**ORDER TERMINATING SUPERVISED RELEASE**
**<u>PRIOR TO EXPIRATION DATE</u>**

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:   <u>October 21, 2008</u>**              <u>   /s/ Anthony W. Ishii   </u>
                                                CHIEF UNITED STATES DISTRICT JUDGE